No. 2085.—HELEN DEWEY *v.* T. J. BIRD, Sheriff et al.

21a 209
105  324

All parties to the record interested in maintaining the judgment appealed from, must be made parties to the appeal, otherwise the appeal will be dismissed.

APPEAL from the Fifth Judicial District Court, Parish of East Baton Rouge, *Posey*, J. *Knickerbocker & Joor*, for appellant. *Dunn & Herron* and *Burgess, Chaney & Fuqua*, for appellee.

TALIAFERRO, J.   A motion is made to dismiss the appeal in this case, on the ground that the bond is not for an amount sufficient to authorize a suspensive appeal, and that no appeal bond is given in favor of Stewart, one of the defendants.

The defendant Stewart, made a party and cited by the plaintiff in the court below, is not included in the appeal bond.

That all parties to the record interested in maintaining the judgment appealed from, must be made parties to the appeal, has been long settled, and needs no reference to authorities.

It is therefore ordered that this appeal be dismissed at the costs of the appellant.